UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:15-cr-479-T-33UAM

EDMOND BROWN

_____/

### ORDER

This matter comes before the Court pursuant to Defendant Edmond Brown's pro se Motion to Dismiss/Set Aside (Doc. # 36), filed on May 20, 2016. At the time Brown filed the Motion, Brown was represented by the Office of the Federal Public Defender. (Doc. # 5). Therefore, pursuant to Local Rule 2.03(d), M.D. Fla., which states in pertinent part that "[a]ny party for whom a general appearance of counsel is made shall not thereafter take any step or be heard in the case in proper person," Brown's pro se Motion is hereby **STRICKEN**.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Edmond Brown's pro se Motion to Dismiss/Set Aside (Doc. # 36) is **STRICKEN.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of May, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE